B1 (Official Form 1 (04/13)

| United States Bankruptcy Court for the District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Trump Plaza Associates, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Trump Plaza Hotel Casino; Trump Plaza Associates** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**22-3241643** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**Mississippi Avenue at the Boardwalk,**<br>**Atlantic City, New Jersey**<br>ZIP CODE **08401** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Atlantic | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**1000 Boardwalk at Virginia Avenue,**<br>**Atlantic City, New Jersey**<br>ZIP CODE **08401** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above).<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding or against debtor is pending

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)**

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose.
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:

- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D)
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D)

Check if:

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

Check all applicable boxes

- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b)

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

01:15854704.6

B1 (Official Form 1 (04/13)                                                                                                                     Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | **Name of Debtor(s):**<br>**Trump Plaza Associates, LLC** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** If more than two, attach additional sheet.) | | |
| Location<br>Where Filed:  **Camden, New Jersey—See Schedule 1** | Case Number:<br>**09-13661** | Date Filed:<br>**2/17/09** |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor:<br>**See Schedule 2** | Case Number: | Date Filed; |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br><br>☐   Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petition that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>     Signature of Attorney for Debtor(s)          (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☒   No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor – Venue**
(Check any applicable box.)

☐   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

                                 _____
                                 (Name of landlord that obtained judgment)

                                 _____
                                 (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(1)).

B1 (Official Form 1 (04/13)                                                                                                    Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>**Trump Plaza Associates, LLC** |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
　　Signature of Debtor

X _____
　　Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
　　(Signature of Foreign Representative)

X _____
　　(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney***

X _____
　Signature of Attorney for Debtor(s)

Matthew B. Lunn (No. 4119)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 N. King Street
Wilmington, DE 19801
(302) 571-6600

**Date: September 9, 2014**

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
　**Robert Griffin**
　**Title: Officer**

**Date: September 9, 2014**

_____
Address

X _____
　Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

01:15854704.6

## SCHEDULE 1

### Prior Bankruptcy Cases Filed By the Debtors Within the Last 8 Years

On February 17, 2009, each of the entities listed below, including the debtor in this chapter 11 case (collectively, the "**Debtors**"), filed for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of New Jersey, and their chapter 11 cases were jointly administered under Case Number 09-13654-JHW:

- TER Development Co., LLC (Case No. 09-13664)

- Trump Entertainment Resorts, Inc. (Case No. 09-13655)

- Trump Entertainment Resorts Development Company, LLC (Case No. 09-13659)

- Trump Entertainment Resorts Holdings, L.P. (Case No. 09-13656)

- Trump Marina Associates, LLC (Case No. 09-13662)

- Trump Plaza Associates, LLC (Case No. 09-13661)

- Trump Taj Mahal Associates, LLC (Case No. 09-13660)

## SCHEDULE 2

### Pending Bankruptcy Cases Filed By Affiliated Debtors

On the date hereof, each of the entities listed below, including the debtor in this chapter 11 case (collectively, the "**Debtors**"), will file or have filed a voluntary petition in this Court for relief under chapter 11 of title 11 of the United States Code.  Contemporaneously with the filing of their voluntary petitions, the Debtors are filing a motion requesting that the Court consolidate their chapter 11 cases for administrative purposes only.  The Debtors are the following entities (along with their federal tax identification numbers):

- TER Development Co., LLC (20-3540425)

- TERH LP Inc. (27-2991184)

- Trump Entertainment Resorts, Inc. (13-3818402)

- Trump Entertainment Resorts Development Company, LLC (22-3522230)

- Trump Entertainment Resorts Holdings, L.P. (13-3818407)

- Trump Marina Associates, LLC (22-2608426)

- Trump Plaza Associates, LLC (22-3241643)

- Trump Taj Mahal Associates, LLC (22-3136368)

01:15852217.9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------------x
: 
In re:                                          : **Chapter 11**
:
**TRUMP ENTERTAINMENT RESORTS,**               : **Case No. 14–_____ (___)**
**INC., et al.,**[1]                            :
:  **(Joint Administration Requested)**
                            **Debtors.**        :
:
-----------------------------------------------------------------x

## DEBTORS' CONSOLIDATED LIST OF CREDITORS
## HOLDING 30 LARGEST UNSECURED CLAIMS

Trump Entertainment Resorts, Inc. and its above-captioned affiliated debtors and

debtors in possession (each, a "**Debtor**," and collectively, the "**Debtors**") have filed voluntary

petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et

seq. (the "**Bankruptcy Code**"). The following is the consolidated list of the Debtors' creditors

holding the 30 largest unsecured claims (the "**List**") based on the Debtors' books and records as

of approximately September 4, 2014. The List is prepared in accordance with Rule 1007(d) of

the Federal Rules of Bankruptcy Procedure for filing in these chapter 11 cases. The List does not

include (a) persons who come within the definition of "insider" set forth in section 101(31) of the

Bankruptcy Code or (b) secured creditors. The information contained herein shall neither

constitute an admission of liability by nor bind the Debtors or their estates. The information

herein, including the failure of the Debtors to list any claim as contingent, unliquidated, or

disputed, does not constitute a waiver of the rights of the Debtors or their estates to contest the

validity, priority, or amount of any claim.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Trump Entertainment Resorts, Inc. (8402), Trump Entertainment Resorts Holdings, L.P. (8407), Trump Plaza Associates, LLC (1643), Trump Marina Associates, LLC (8426), Trump Taj Mahal Associates, LLC (6368), Trump Entertainment Resorts Development Company, LLC (2230), TER Development Co., LLC (0425) and TERH LP Inc. (1184).  The mailing address for each of the Debtors is 1000 Boardwalk at Virginia Avenue, Atlantic City, NJ 08401.

| Rank | Name of creditor | Name, telephone number, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[1] | Amount of claim |
|---|---|---|---|---|---|
| 1 | THERMAL ENERGY LIMITED 1 | ATTN:  ALEX NEGRON<br>1825 ATLANTIC AVE<br>P.O. BOX 15386<br>ATLANTIC CITY, NJ 08401<br>PHONE:  609-572-7120<br>FAX:  609-572-7200 | Utility | | 2,955,275.24 |
| 2 | LEVINE, STALLER, SKLAR, CHAN, BROWN & DONNELLY, P.A. | C/O:  BRODSKY & DONNELLY PA<br>3030 ATLANTIC AVE<br>ATLANTIC CITY, NJ 08401<br>PHONE:  609-348-1300<br>FAX:  609-345-2473 | Litigation | | 1,494,261.32 |
| 3 | FERTITTA ACQUISITIONS CO. LLC | ATTN:  RICHARD J. HASKINS<br>3485 WEST HARMON AVE, STE 125<br>LAS VEGAS, NV 89103<br>PHONE:  408-244-0125<br>FAX:  702-795-4252 | Trade Debt | Contingent | 1,469,340.00 |
| 4 | WMS GAMING CORP. | ATTN:  NELLIE BERRIOS/RECEIPTS<br>23571 NETWORK PLACE<br>CHICAGO, IL 60673<br>PHONE:  847-785-3611<br>FAX:  847-785-3782 | Trade Debt | | 481,172.93 |
| 5 | OTIS ELEVATOR CO | ATTN:  SEAN FLYNN<br>ONE FARM SPRINGS<br>FARMINGTON, CT 06032<br>PHONE:  856-235-5200<br>FAX:  856-642-4910 | Trade Debt | | 437,625.90 |
| 6 | SYSCO FOOD SERVICES OF PHILADELPHIA | ATTN:  ANNA KALOGRIS/ACCOUNTS RECEIVABLE<br>600 PACKER AVE.<br>PHILADELPHIA, PA 19148<br>PHONE:  215-463-8200<br>FAX:  215-218-1618 | Trade Debt | | 436,407.25 |
| 7 | BALLY GAMING INC. | ATTN:  CHRIS SCHUNK<br>6601 SOUTH BERMUDA RD<br>LAS VEGAS, NV 89119<br>PHONE:  702-584-7700<br>FAX:  609-407-2473 | Trade Debt | | 384,981.90 |

---

[1] The Debtors and their estates reserve their right to dispute the claims on this schedule on any basis.

| Rank | Name of creditor | Name, telephone number, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[1] | Amount of claim |
|---|---|---|---|---|---|
| 8 | IGT, INC. | ATTN:  DEA DRUMMAND<br>6355 S BUFFALO DRIVE<br>LAS VEGAS, NV 89113<br>PHONE:  775 448-7777<br>FAX:  775 448-0824 | Trade Debt | | 297,946.53 |
| 9 | BETFAIR INTERACTIVE US LLC | ATTN:  HEAD OF LEGAL, BETFAIR LIMITED<br>WINSLOW ROAD, HAMMERSMITH EMBANKMENT<br>LONDON, W6 9HP, UNITED KINGDOM<br>PHONE:  310-846-4794<br>FAX:  +44 (0)20 8834 8147 | Trade Debt | Contingent | 295,698.10 |
| 10 | CASINO CONTROL FUND | ATTN:   KEVIN GARVEY<br>TENNESSEE AVE & BOARDWALK<br>ARCADE BUILDING<br>ATLANTIC CITY, NJ 08401<br>PHONE:  609-441-3746<br>FAX:  609-441-2030 | Other | | 283,943.73 |
| 11 | COOPER LEVENSON APRIL | ATTN:  BARBARA FEDELI<br>1125 ATLANTIC AVENUE<br>ATLANTIC CITY, NJ 08401<br>PHONE:  609-344-6161<br>FAX:  609-344-0939 | Services | | 258,467.37 |
| 12 | ATLANTIC CITY LINEN SUPPLY INC. | ATTN:  MARY ANNE HUGHES<br>18 N. NEW JERSEY AVENUE<br>ATLANTIC CITY, NJ 08401<br>PHONE:  609-345-5888<br>FAX:  609-485-2382 | Trade Debt | | 250,819.00 |
| 13 | CONNER STRONG COMPANIES | ATTN:  LEWY SCANLON<br>401 ROUTE 73 NORTH<br>P.O. BOX 989<br>MARLTON, NJ 08053<br>PHONE:  856-552-4864<br>FAX:  856-795-1415 | Services | | 245,000.00 |
| 14 | INTERSTATE OUTDOOR ADVERTISING, L.P. | ATTN:  CHRISTOPHER RULLI,<br>905 NORTH KINGS HIGHWAY<br>CHERRY HILL, NJ 08034<br>PHONE:  609-344-7009<br>FAX:  856-348-0292 | Trade Debt | | 230,362.20 |

| Rank | Name of creditor | Name, telephone number, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[1] | Amount of claim |
|---|---|---|---|---|---|
| 15 | SOUTH JERSEY PAPER PRODUCTS | ATTN: LINDA NEWTON<br>2400 INDUSTRIAL WAY<br>VINELAND, NJ 08360<br>PHONE: 856-691-2605<br>FAX: 856-794-8979 | Trade Debt | | 214,959.93 |
| 16 | TOZOUR-TRANE (T/A) | ATTN: GENESSE ROSEMAN<br>3606 HORIZON DR<br>KING OF PRUSSIA, PA 19406<br>PHONE: 610-962-1600<br>FAX: 610-962-0230 | Trade Debt | | 166,259.62 |
| 17 | SIEMENS INDUSTRIES | ATTN: PETER TUBOLINO<br>1450 UNION MEETING ROAD<br>BLUE BELL, PA 19422<br>PHONE: 215-654-8040<br>FAX: 215-654-8041 | Trade Debt | | 164,970.83 |
| 18 | LATHER INC. | ATTN: ROB HOYT<br>76 N FAIR OAKS AVENUE<br>2ND FLOOR<br>PASADENA, CA 91103<br>PHONE: 626-397-9050<br>FAX: 310-251-1442 | Trade Debt | | 120,170.59 |
| 19 | ATLANTIC LIMOUSINE INC. | 130 N. FLORIDA AVENUE<br>ATLANTIC CITY, NJ 08401<br>PHONE: 609-348-2683<br>FAX: 609-348-2186 | Trade Debt | | 112,506.58 |
| 20 | ASIAN SUPERMARKET II | ATTN: YAN CHEN<br>700 BLACK HORSE PIKE<br>PLEASANTVILLE, NJ 08232<br>PHONE: 609-383-6188<br>FAX: 609-813-2138 | Trade Debt | | 97,773.86 |
| 21 | MAK MARKETING | ATTN: MARY ANN FAUST<br>PREMIUM PROGRAMMERS<br>288 LANCASTER AVE.<br>PO BOX 1407<br>MALVERN, PA 19355<br>PHONE: 610-296-5448<br>FAX: 610-296-5577 | Trade Debt | | 82,303.87 |

| Rank | Name of creditor | Name, telephone number, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[1] | Amount of claim |
|---|---|---|---|---|---|
| 22 | GRAHAM CURTAIN, A PROFESSIONAL ASSOCIATION | ATTN: JUDY SALGADO<br>4 HEADQUARTERS PLAZA<br>PO BOX 31<br>MORRISTOWN, NJ 07960<br>PHONE: 973-292-1700<br>FAX: 973-292-1767 | Services | | 81,790.76 |
| 23 | BUCKHEAD BEEF COMPANY | ATTN: JOANN SEIG<br>220 RARITAN CENTER PARKWAY<br>EDISON, NJ 08837<br>PHONE: 404-355-4400<br>FAX: 404-355-4541 | Trade Debt | | 72,087.59 |
| 24 | DANIEL MULHERN, ENT. INC. | ATTN: KATHY KOONTZ<br>807 MILLBRIDGE COURT<br>GALLOWAY, NJ 08205<br>PHONE: 609-383-3200<br>FAX: 732-892-8600 | Trade Debt | | 66,256.00 |
| 25 | SUN WHOLESALE INC. | ATTN: RAPHAEL PURTA<br>2157 ADMIRAL WILSON BLVD<br>CAMDEN, NJ 08109<br>PHONE: 856-338-8949<br>FAX: 856-966-0267 | Trade Debt | | 64,039.95 |
| 26 | PHILADELPHIA COCA-COLA | ATTN: CAROL MARTIN<br>515 S. SHORE ROAD<br>MARMORA, NJ 08223<br>PHONE: 609-390-5062<br>FAX: 215-423-5557 | Trade Debt | | 60,864.22 |
| 27 | MCKELLA 280 INC. | ATTN: CYNDEE HUMPHREYS<br>7025 CENTRAL HIGHWAY<br>PENNSAUKEN, NJ 08109<br>PHONE: 856-813-1153<br>FAX: 856-813-1154 | Trade Debt | | 60,670.07 |
| 28 | SOBEL WESTEX | ATTN: LAURIE RUTTLE<br>2670 S. WESTERN AVE<br>LAS VEGAS, NV 89109<br>PHONE: 702-735-4973<br>FAX: 702-735-4957 | Trade Debt | | 56,989.13 |

| Rank | Name of creditor | Name, telephone number, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[1] | Amount of claim |
|---|---|---|---|---|---|
| 29 | M ROTHMAN GROUP | ATTN:  BILL LINDSAY<br>ONE LETHBRIDGE PLAZA<br>MAHWAH, NJ 07430<br>PHONE: 201-410-4398 | Trade Debt | | 54,500.00 |
| 30 | NELBUD POWER CLEANING CO. INC. | ATTN:  DREW CIALLELLA<br>1207 MOSS MILL RD<br>EGG HARBOR CITY, NJ 08215<br>PHONE:  609-965-6949<br>FAX:  609-965-3163 | Trade Debt | | 54,310.75 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------------x
                                         :
In re:                                   : Chapter 11
                                         :
TRUMP ENTERTAINMENT RESORTS,             : Case No. 14–_____ (___)
INC., et al.,[1]                         :
                                         : (Joint Administration Requested)
                    Debtors.             :
                                         :
-----------------------------------------------------------------x
```

## DECLARATION CONCERNING DEBTORS' CONSOLIDATED LIST
## OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

I, Robert Griffin, Chief Executive Officer of Trump Entertainment Resorts, Inc.,

one of the above-captioned debtors and debtors in possession, declare under penalty of

perjury under the laws of the United States of America that I have reviewed the foregoing

*Debtors' Consolidated List of Creditors Holding 30 Largest Unsecured Claims* submitted

herewith and that the information contained therein is true and correct to the best of my

knowledge, information, and belief.

Date: September 9, 2014        TRUMP ENTERTAINMENT RESORTS, INC., on
                               behalf of itself and its affiliated Debtors and Debtors in
                               Possession

                               _____
                               Robert Griffin, Chief Executive Officer

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Trump Entertainment Resorts, Inc. (8402), Trump Entertainment Resorts Holdings, L.P. (8407), Trump Plaza Associates, LLC (1643), Trump Marina Associates, LLC (8426), Trump Taj Mahal Associates, LLC (6368), Trump Entertainment Resorts Development Company, LLC (2230), TER Development Co., LLC (0425) and TERH LP Inc. (1184). The mailing address for each of the Debtors is 1000 Boardwalk at Virginia Avenue, Atlantic City, NJ 08401.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------------x
|  | : |  |
|---|---|---|
| **In re:** | : | |
| | : | **Chapter 11** |
| **TRUMP ENTERTAINMENT RESORTS,** | : | **Case No. 14-_____ (___)** |
| **INC., et al.,**[1] | : | |
| | : | **(Joint Administration Requested)** |
| **Debtors.** | : | |
| | : | |

-----------------------------------------------------------------x

## LIST OF EQUITY SECURITY HOLDERS OF TRUMP PLAZA ASSOCIATES, LLC

The following lists the equity security holders of Trump Plaza Associates, LLC as of the date hereof.  This list is being filed pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure.

| Equity Security Holder | Address | Ownership |
|---|---|---|
| Trump Entertainment Resorts Holdings, L.P. | 1000 Boardwalk at Virginia Avenue, Atlantic City, NJ 08401 | 100% |

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Trump Entertainment Resorts, Inc. (8402), Trump Entertainment Resorts Holdings, L.P. (8407), Trump Plaza Associates, LLC (1643), Trump Marina Associates, LLC (8426), Trump Taj Mahal Associates, LLC (6368), Trump Entertainment Resorts Development Company, LLC (2230), TER Management Co., LLC (0648), TER Development Co., LLC (0425) and TERH LP Inc. (1184).  The mailing address for each of the Debtors is 1000 Boardwalk at Virginia Avenue, Atlantic City, NJ 08401.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------x
                             :

In re:                          : **Chapter 11**

**TRUMP ENTERTAINMENT RESORTS,**  : **Case No. 14–_____ (___)**
**INC., et al.,**[1]
                             : **(Joint Administration Requested)**
          **Debtors.**        :
                             :
----------------------------------------------------------x

## DECLARATION CONCERNING LIST OF EQUITY
## SECURITY HOLDERS OF TRUMP PLAZA ASSOCIATES, LLC

I, Robert Griffin, Chief Executive Officer of Trump Entertainment Resorts, Inc.,

one of the above-captioned debtors and debtors in possession, declare under penalty of

perjury under the laws of the United States of America that I have reviewed the *List of Equity*

*Security Holders of Trump Plaza Associates, LLC*, submitted herewith, and that the information

contained therein is true and correct to the best of my knowledge, information, and belief.

Date: September 9, 2014        TRUMP ENTERTAINMENT RESORTS, INC., on
behalf of itself and its affiliated Debtors and Debtors in
Possession

_____
Robert Griffin, Chief Executive Officer

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Trump Entertainment Resorts, Inc. (8402), Trump Entertainment Resorts Holdings, L.P. (8407), Trump Plaza Associates, LLC (1643), Trump Marina Associates, LLC (8426), Trump Taj Mahal Associates, LLC (6368), Trump Entertainment Resorts Development Company, LLC (2230), TER Management Co., LLC (0648), TER Development Co., LLC (0425) and TERH LP Inc. (1184). The mailing address for each of the Debtors is 1000 Boardwalk at Virginia Avenue, Atlantic City, NJ 08401.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------x
:
In re:                                       : Chapter 11
:
TRUMP ENTERTAINMENT RESORTS,                 : Case No. 14–_____ (___)
INC., et al.,[1]                             :
:  (Joint Administration Requested)
Debtors.                         :
:
------------------------------------------------------------------x

### DEBTORS' CONSOLIDATED OWNERSHIP STATEMENT PURSUANT TO RULES 1007(a)(1) AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Trump Entertainment Resorts, Inc. ("**TER**") and its above-captioned affiliated debtors and debtors in possession (each, a "**Debtor**," and collectively, the "**Debtors**") hereby state as follows:

1.     TER, which is owned by the stockholders identified in the *List of Equity Security Holders of Trump Entertainment Resorts, Inc.* filed with TER's voluntary chapter 11 petition, directly owns 99% of Debtor Trump Entertainment Resorts Holdings, L.P. and 100% of Debtor TERH LP Inc.   Debtor TERH LP Inc. owns the remaining 1% of Debtor Trump Entertainment Resorts Holdings, L.P.

2.     Trump Entertainment Resorts Holdings, L.P. directly owns 100% of all of the remaining Debtors.   Therefore, TER directly or indirectly owns 100% of each of the other Debtors.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:   Trump Entertainment Resorts, Inc. (8402), Trump Entertainment Resorts Holdings, L.P. (8407), Trump Plaza Associates, LLC (1643), Trump Marina Associates, LLC (8426), Trump Taj Mahal Associates, LLC (6368), Trump Entertainment Resorts Development Company, LLC (2230), TER Development Co., LLC (0425) and TERH LP Inc. (1184).   The mailing address for each of the Debtors is 1000 Boardwalk at Virginia Avenue, Atlantic City, NJ 08401.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------x
                                                    :
In re:                                              : Chapter 11
                                                    :
TRUMP ENTERTAINMENT RESORTS,                        : Case No. 14–_____ (___)
INC., et al.,[1]                                    :
                                                    : (Joint Administration Requested)
                                  Debtors.          :
                                                    :
                                                    :
-------------------------------------------------------------------x

### DECLARATION CONCERNING DEBTORS' CONSOLIDATED OWNERSHIP STATEMENT PURSUANT TO RULES 1007(a)(1) AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

I, Robert Griffin, Chief Executive Officer of Trump Entertainment Resorts, Inc.,

one of the above-captioned debtors and debtors in possession, declare under penalty of

perjury under the laws of the United States of America that I have reviewed the foregoing

*Debtors' Consolidated Ownership Statement Pursuant to Rules 1007(a)(1) and 7007.1 of the*

*Federal Rules of Bankruptcy Procedure* submitted herewith and that the information contained

therein is true and correct to the best of my knowledge, information, and belief.

Date: September **9**, 2014          TRUMP ENTERTAINMENT RESORTS, INC., on
                                     behalf of itself and its affiliated Debtors and Debtors in
                                     Possession

                                     _____

                                     Robert Griffin, Chief Executive Officer

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Trump Entertainment Resorts, Inc. (8402), Trump Entertainment Resorts Holdings, L.P. (8407), Trump Plaza Associates, LLC (1643), Trump Marina Associates, LLC (8426), Trump Taj Mahal Associates, LLC (6368), Trump Entertainment Resorts Development Company, LLC (2230), TER Development Co., LLC (0425) and TERH LP Inc. (1184).  The mailing address for each of the Debtors is 1000 Boardwalk at Virginia Avenue, Atlantic City, NJ 08401.

01:15852217.6

**WRITTEN CONSENT OF**

**THE SOLE MEMBER OF**

**TRUMP PLAZA ASSOCIATES, LLC**

THE UNDERSIGNED, being the sole member of Trump Plaza Associates, LLC (the **"Company"**), a New Jersey limited liability company, hereby consents that the actions recited herein shall be deemed the actions of the sole member of the Company pursuant to N.J.S.A. 42:2C-37(d):

WHEREAS, the sole member has reviewed and considered the financial and operational condition of the Company and the Company's business on the date hereof, including the historical performance of the Company, the assets of the Company, the current and long-term liabilities of the Company, the market for the Company's products and services, and credit market conditions; and

WHEREAS, the sole member has received, reviewed and considered the recommendations of the senior management of the Company and the Company's legal, financial and other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of Title 11 of the United States Code;

NOW, THEREFORE, BE IT RESOLVED that, in the judgment of the sole member, it is desirable and in the best interests of the Company, its creditors, stockholders and other interested parties, that a voluntary petition (the **"Petition"**) be filed with the United States Bankruptcy Court for the District of Delaware by the Company under the provisions of Chapter 11 of Title 11 of the United States Code; and it is further

RESOLVED, that the Company shall be, and it hereby is, directed and authorized to execute and file on behalf of the Company all petitions, schedules, lists and other papers or documents, and to take any and all action which they deem reasonable, advisable, expedient, convenient, necessary or proper to obtain such relief; and it is further

RESOLVED, that Robert F. Griffin, in his capacity as Chief Executive Officer of Trump Entertainment Resorts, Inc., and Daniel M. McFadden, in his capacity as Chief Financial Officer of Trump Entertainment Resorts, Inc., each as an "Authorized Person," and each and every officer of the Company and/or Trump Entertainment Resorts, Inc. and any of their designees (collectively the **"Designated Persons"**), be and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company (i) to execute and verify the Petition as well as all other ancillary documents and to cause the Petition to be filed with the United States Bankruptcy Court for the District of Delaware commencing a case (the **"Bankruptcy Case"**) and to make or cause to be made prior to the execution thereof any modifications to the Petition or ancillary documents, and (ii) to execute, verify and file or cause to be filed all petitions, schedules, lists, motions, applications and other papers or documents necessary or desirable in connection with the foregoing; and it is further

01:15851284.5

RESOLVED, that the law firm of Stroock & Stroock & Lavan LLP ("**Stroock**") be, and hereby is, authorized and empowered to represent the Company as bankruptcy co-counsel to represent and assist the Company in carrying out its duties under Title 11 of the United States Code, and to take any and all actions to advance the Company's rights, including the preparation of pleadings and filings in the Bankruptcy Case; and in connection therewith, the Designated Persons be and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Case, and to cause to be filed an appropriate application for authority to retain the services of Stroock; and it is further

RESOLVED, that the law firm of Young Conaway Stargatt & Taylor, LLP ("**Young Conaway**") be, and hereby is, authorized and empowered to represent the Company as bankruptcy co-counsel to represent and assist the Company in carrying out its duties under Title 11 of the United States Code, and to take any and all actions to advance the Company's rights, including the preparation of pleadings and filings in the Bankruptcy Case; and in connection therewith, the Designated Persons be and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Case, and to cause to be filed an appropriate application for authority to retain the services of Young Conaway; and it is further

RESOLVED, that Houlihan Lokey Capital, Inc. ("**Houlihan Lokey**") be, and hereby is, authorized and empowered to serve as the financial advisor to represent and assist the Company in carrying out its duties under Title 11 of the United States Code and to take any and all actions to advance the Company's rights and obligations in connection with the Bankruptcy Case; and in connection therewith, the Designated Persons be and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company to execute appropriate retention agreements, pay appropriate retainers, if required, prior to and immediately upon the filing of the Bankruptcy Case, and to cause to be filed an appropriate application for authority to retain the services of Houlihan Lokey; and it is further

RESOLVED, that Prime Clerk LLC ("**Prime Clerk**") be, and hereby is, authorized and empowered to serve as the notice, claims, solicitation and balloting agent in connection with the Bankruptcy Case; and in connection therewith, the Designated Persons be and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company to execute appropriate retention agreements, pay appropriate retainers, if required, prior to and immediately upon the filing of the Bankruptcy Case, and to cause to be filed an appropriate application for authority to retain the services of Prime Clerk; and it is further

RESOLVED, that the Designated Persons be, and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company to employ any other individual and/or firm as professionals or consultants or financial advisors to the Company as are deemed necessary to represent and assist the Company in carrying out its duties under Title 11 of the United States Code, and in connection therewith,

the Designated Persons be and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Case, and to cause to be filed an appropriate application for authority to retain the services of such firms; and it is further

RESOLVED, that the Designated Persons be, and each of them, acting alone or in any combination, hereby is, authorized and empowered, on behalf of and in the name of the Company to obtain post-petition financing according to terms negotiated, or to be negotiated, by the management of the Company and/or Trump Entertainment Resorts, Inc., including under debtor-in-possession credit facilities or relating to the use of cash collateral; and to enter into any guarantees and to pledge and grant liens on its assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreements; and in connection therewith, the Designated Persons are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements and related ancillary documents; and it is further

RESOLVED, that the Designated Persons be, and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to secure the payment and performance of any post-petition financing by (i) pledging or granting liens or mortgages on, or security interests in, all or any portion of the Company's assets, including all or any portion of the issued and outstanding capital stock, partnership interests, or membership interests of any subsidiaries of the Company, whether now owned or hereafter acquired, and (ii) entering into or causing to be entered into such credit agreements, guarantees, other debt instruments, security agreements, pledge agreements, control agreements, inter-creditor agreements, mortgages, deeds of trust, and other agreements as are necessary, appropriate or desirable to effectuate the intent of, or matters reasonably contemplated or implied by, this resolution in such form, covering such collateral and having such other terms and conditions as are approved or deemed necessary, appropriate, or desirable by the officer executing the same, the execution thereof by such officer to be conclusive evidence of such approval or determination; and it is further

RESOLVED, that the Designated Persons be, and each of them acting alone or in any combination is, hereby authorized, directed and empowered from time to time in the name and on behalf of the Company, to perform the obligations of the Company under Title 11 of the United States Code, with all such actions to be performed in such manner, and all such certificates, instruments, guaranties, notices and documents to be executed and delivered in such form, as the officer performing or executing the same shall approve, and the performance or execution thereof by such officer shall be conclusive evidence of the approval thereof by such officer and by the Company; and it is further

RESOLVED, that the Designated Persons be, and each of them acting alone or in any combination is, hereby authorized, directed and empowered from time to time in the name of and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file, record and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates or other documents, to pay all expenses, including filing fees, and to take such other actions, as in the judgment of such Designated Persons, shall be necessary, proper and desirable to prosecute to a successful

completion the Bankruptcy Case and to effectuate the restructuring of the Company's debt, other obligations, organizational form and structure and ownership of the Company, all consistent with the foregoing resolutions and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and it is further

RESOLVED, that the Designated Persons be, and each of them acting alone is, hereby authorized, directed and empowered from time to time in the name and on behalf of the Company, to adopt resolutions and otherwise exercise the rights and powers of the Company as such Designated Person may deem necessary, appropriate or desirable (i) as a member or manager (however denominated) of the direct and indirect subsidiaries of the Company that are limited liability companies (if any), (ii) as general partner or limited partner of the direct and indirect subsidiaries of the Company that are limited partnerships (if any), and (iii) as a stockholder of the direct and indirect subsidiaries of the Company that are corporations (if any); and that thereupon such resolutions shall be deemed adopted as and for the resolutions of each such subsidiary of the Company; and it is further

RESOLVED, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions, which acts would have been approved by the foregoing resolutions except that such actions were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified.

IN WITNESS WHEREOF, the undersigned has executed this Written Consent of the Sole Member effective as of _September 8_, 2014.

SOLE MEMBER:

TRUMP ENTERTAINMENT RESORTS HOLDINGS, L.P.

BY:    TRUMP ENTERTAINMENT RESORTS, INC., its general partner

By: _____

Name:  ROBERT GRIFFIN

Title:  CEO